PRODUCTION & HANDLING SYSTEMS, INC. *v.*
DENNIS L. ELKINS ET AL.
(3713)

DUPONT, C. J., BORDEN and DALY, Js.

Argued February 4—decision released February 25, 1986

*Ronald T. Murphy,* for the appellant (plaintiff).

*Robert A. Teitenberg,* for the appellee (defendant Industrial Recruiters Associates, Inc.)

PER CURIAM. There is no error.